**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
MICHELLE MELENDEZ,

                Plaintiff,                              17 **CIVIL** 9637 (NSR)

         -against-                                  **JUDGMENT**

COUNTY OF WESTCHESTER, WESTCHESTER
COUNTY DEPARTMENT OF CORRECTIONS
SUPERIOR OFFICE, and KEVIN CHEVERKO,
                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 8, 2021, Defendants' motion for summary judgment dismissing Plaintiff's remaining claims is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           February 9, 2021

                                                              **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                      **BY:**
                                                                  **Deputy Clerk**